UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 19-34886
Michael Haywood )
) Chapter: 13
) Honorable Jacqueline P Cox
)
)
Debtor(s) )

## AMENDED AGREED ORDER MODIFYING AUTOMATIC STAY

This case coming to be heard on DEMITRIUS HAYWOOD, Debtor's spouse's Motion for Agreed Order Modifying Automatic Stay to Proceed with Dissolution of Marriage between Debtor and Demitrius Haywood, Debtor being in agreement, proper notice having been given, and this Court being fully advised in the premises, it is hereby ordered:

Automatic Stay is hereby lifted and Debtor and Demitrius Haywood may proceed with their marital dissolution in Circuit Court of Cook County.

Rule 4001(a)(3) is waived and this Order is effective immediately.

Enter: *Jacqueline P. Cox*

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: June 22, 2020

**Prepared by:**

Peter L. Berk, Esq. #6274567
O'KEEFE, RIVERA & BERK, LLC
55 W Wacker Drive, Suite 1400
Chicago, Illinois 60601