UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | BK No.: 19-34886 |
|---|---|---|
| MICHAEL HAYWOOD | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Jacqueline Cox |
| | ) | SELECT IF OUTLYING AREA |
| Debtor(s) | ) | |

## ORDER GRANTING MOTION TO AUTHORIZE TRANSFER OF PROPERTY and SHORTEN NOTICE

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) Debtor's Motion to Authorize Transfer is granted.

2) Pursuant to the Martial Settlement Agreement between Debtor and Demitrius Haywood, Debtor is authorized to transfer the following property to Demitrius:
   a. 50% of the title to Debtor's Municipal Employee's Annuity and Benefit Fund,
   b. Debtor's interest in the marital home at 10602 S. Longwood Dr., Chicago, IL 60643.
   c. Debtor's interest in his and Demitrius' joint timeshare with the Holiday Inn Lake Geneva, Wisconsin.

3) Pursuant to the Martial Settlement Agreement between Debtor and Demitrius Haywood, Debtor is authorized to transfer $6,000.00 of the money he is to receive as part of the settlement to his divorce attorneys, The Law Offices of Jonathan Merel, P.C.

4) Debtor's request to shorten notice is granted.

Enter:

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: 9/11/20

**Prepared by:**
Robert C. Bansfield Jr., A.R.D.C. #6329415
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100
davidsiegelbk@gmail.com